UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

NICOLAS K. GEORGE, individually and
as Personal Representative of the Estate of
Lisa Kay George,

    Plaintiff,

v.                         Case No.   1:16-cv-00976-JCH-SCY

HARTFORD INSURANCE COMPANY,
UNIVERSITY OF NEW MEXICO
HOSPITAL, THE BOARD OF REGENTS
OF THE UNIVERSITY OF NEW
MEXICO,

    Defendants.

## ORDER GRANTING STIPULATION TO REMAND REMOVED ACTION

THE COURT, having reviewed the Stipulation to Remand Removed Action, and being fully advised in the premises,

HEREBY ORDERS this action be remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
JUDITH C. HERRERA
UNITED STATES DISTRICT COURT JUDGE